# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BLOOM, GERALD S § Case No. 12-81954
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that __STEPHEN G. BALSLEY__, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/21/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /_____    By:   /s/ STEPHEN G. BALSLEY_____
                                                      Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BLOOM, GERALD S | § | Case No. 12-81954 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 90,442.14 |
| *and approved disbursements of* | $ 15,119.28 |
| *leaving a balance on hand of* [1] | $ 75,322.86 |
| **Balance on hand:** | $ 75,322.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 75,322.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 7,772.11 | 0.00 | 7,772.11 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 5,564.50 | 0.00 | 5,564.50 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,650.00 | 0.00 | 1,650.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 14,986.61 |
| Remaining balance: | $ 60,336.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 60,336.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 60,336.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 127,113.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 16,865.00 | 0.00 | 8,005.21 |
| 2 | Midland Funding LLC | 2,742.46 | 0.00 | 1,301.75 |
| 3 | Capital One Bank (USA), N.A. | 8,148.45 | 0.00 | 3,867.77 |
| 4 | FIA CARD SERVICES, N.A. | 10,939.67 | 0.00 | 5,192.66 |
| 5 | FIA CARD SERVICES, N.A. | 13,001.35 | 0.00 | 6,171.26 |
| 6 | Citibank, N.A. | 46,149.20 | 0.00 | 21,905.33 |
| 7 | TTerralinx Investments LP | 7,267.64 | 0.00 | 3,449.68 |
| 8 | Lori Lund | 22,000.00 | 0.00 | 10,442.59 |

Total to be paid for timely general unsecured claims: $ 60,336.25
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
```

In re:                                                  Case No. 12-81954-TML
Gerald S Bloom                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2                  Date Rcvd: Jul 25, 2013
                              Form ID: pdf006            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2013.
db           #+Gerald S Bloom,    810 Parkview Avenue,    Rockford, IL 61107-3249
18915533     +Anthony Alexander,    7123 Cherryvale North Blvd,    Suite 202,    Rockford, IL 61112-1079
19194506    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
18915534      Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
18915536      Capital One Bank,    P. O. Box 6492,    Carol Stream, IL 60197-6492
19174655      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18915537      Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
18915539      Citi Business Cards,    PO Box 182564,    Columbus, OH 43218-2564
19441996     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
18915541      First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
18915543     +Lori Lund,    1911 Nebraska Road,    Rockford, IL 61108-6006
19927208      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
18915544     +Oxford Investment Group,    Property Management,    1402 20th Street,    Rockford, IL 61104-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19107122      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 26 2013 01:31:17     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18915540      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 26 2013 01:31:17     Discover Card,
               P. O. Box 6103,    Carol Stream, IL 60197-6103
19125833      E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2013 00:58:10     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18915542      E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2013 00:58:00     GE Money Bank,    P.O. Box 960012,
               Orlando, FL 32896-0012
19927209      E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2013 00:59:20     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
19458523      E-mail/Text: bankruptcynotices@cfstwo.com Jul 26 2013 00:57:08     TTerralinx Investments LP,
               c/o CFS II Inc,    2488 E 81st Street, Suite 500,    Tulsa, Oklahoma  74137-4214
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18915535*     Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
18915538*    +Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2013**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 2 of 2            Date Rcvd: Jul 25, 2013
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2013 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Carole J. Ryczek    on behalf of Accountant Patrick  Shaw carole.ryczek@usdoj.gov
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
          Thomas E. Laughlin    on behalf of Debtor Gerald S Bloom tloff@aol.com
                                                                                       TOTAL: 6
```