# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BLOOM, GERALD S                         § Case No. 12-81954
                                               §
                                               §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $37,230.00                    Assets Exempt: $39,986.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $60,336.25     Claims Discharged
                                                Without Payment: $106,688.03

Total Expenses of Administration: $30,105.89

3) Total gross receipts of $ 90,442.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $90,442.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,105.89 | 30,105.89 | 30,105.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 162,280.83 | 127,113.77 | 127,113.77 | 60,336.25 |
| **TOTAL DISBURSEMENTS** | $162,280.83 | $157,219.66 | $157,219.66 | $90,442.14 |

    4) This case was originally filed under Chapter 7 on May 16, 2012. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2013          By: /s/STEPHEN G. BALSLEY
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Nissan Maxima, 1911 Nebraska Road, Rockford | 1129-000 | 5,000.00 |
| 2006 Freightliner Step Van, 810 Parkview Avenue, | 1129-000 | 10,245.00 |
| 1997 Champion Boat w/ Motor & Trailer | 1129-000 | 3,000.00 |
| Employment Practices Claim | 1249-000 | 72,197.14 |
| **TOTAL GROSS RECEIPTS** | | **$90,442.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 7,772.11 | 7,772.11 | 7,772.11 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,564.50 | 5,564.50 | 5,564.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| McGladrey LLP | 3310-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.66 | 28.66 | 28.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.83 | 34.83 | 34.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.98 | 40.98 | 40.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.17 | 37.17 | 37.17 |
| Rabobank, N.A. | 2600-000 | N/A | 24.23 | 24.23 | 24.23 |
| Rabobank, N.A. | 2600-000 | N/A | 28.59 | 28.59 | 28.59 |
| Rabobank, N.A. | 2600-000 | N/A | 24.23 | 24.23 | 24.23 |
| Rabobank, N.A. | 2600-000 | N/A | 108.13 | 108.13 | 108.13 |
| Rabobank, N.A. | 2600-000 | N/A | 138.25 | 138.25 | 138.25 |
| United States Treasury | 2810-000 | N/A | 8,999.00 | 8,999.00 | 8,999.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 5,312.00 | 5,312.00 | 5,312.00 |
| Rabobank, N.A. | 2600-000 | N/A | 133.73 | 133.73 | 133.73 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 105.88 | 105.88 | 105.88 |
| Rabobank, N.A. | 2600-000 | N/A | 103.60 | 103.60 | 103.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,105.89 | $30,105.89 | $30,105.89 |

## **EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## **EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 16,031.42 | 16,865.00 | 16,865.00 | 8,005.21 |
| 2 | Midland Funding LLC | 7100-000 | 2,382.00 | 2,742.46 | 2,742.46 | 1,301.75 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 7,765.12 | 8,148.45 | 8,148.45 | 3,867.77 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 10,669.07 | 10,939.67 | 10,939.67 | 5,192.66 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 12,723.90 | 13,001.35 | 13,001.35 | 6,171.26 |
| 6 | Citibank, N.A. | 7100-000 | 43,999.37 | 46,149.20 | 46,149.20 | 21,905.33 |
| 7 | TTerralinx Investments LP | 7100-000 | 6,799.44 | 7,267.64 | 7,267.64 | 3,449.68 |
| 8 | Lori Lund | 7100-000 | 22,000.00 | 22,000.00 | 22,000.00 | 10,442.59 |
| NOTFILED | Chase Card Services | 7100-000 | 16,187.84 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 23,722.67 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$162,280.83** | **$127,113.77** | **$127,113.77** | **$60,336.25** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81954  
**Case Name:** BLOOM, GERALD S  

**Period Ending:** 11/19/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/16/12 (f)  
**§341(a) Meeting Date:** 06/21/12  
**Claims Bar Date:** 09/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal: Chase Bank: Checking Acct #998612071 | 400.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank: Checking (GSBloom Delivery, Inc.) Ac | 19.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank: Checking (Anthony-Alexander) Acct #8 | 320.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank: Savings (Anthony-Alexander) Acct # 2 | 10.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Payment (Anthony-Alexander) Acct # 8512575 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods, Furniture & Appliances | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Children's Books & Movies | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 10 | Sporting Goods | 25.00 | 0.00 | | 0.00 | FA |
| 11 | Allianz Funds Roth IRA Account #1223635622 | 27,976.00 | 0.00 | | 0.00 | FA |
| 12 | Vanguard SEP IRA Account #0305-88023810626 | 4,760.00 | 0.00 | | 0.00 | FA |
| 13 | GSBloom Delivery, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Nissan Maxima, 1911 Nebraska Road, Rockford<br>See Order to Sell Assets entered August 6, 2012. | 6,300.00 | 5,000.00 | | 5,000.00 | FA |
| 15 | 1/2 Interest with Lori Lund 2001 Explorer Sport, | 1,400.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 Freightliner Step Van, 810 Parkview Avenue,<br>See Order to Sell Assets entered August 6, 2012. | 8,500.00 | 10,245.00 | | 10,245.00 | FA |
| 17 | Middlebury Trailer, 810 Parkview Avenue, Rockfor | 700.00 | 0.00 | | 0.00 | FA |
| 18 | Diamond Cargo Trailer, Ridget IL | 200.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 Featherlite Trailer, 8568 Rote Road, Rockfo | 300.00 | 0.00 | | 0.00 | FA |
| 20 | 1997 Champion Boat w/ Motor & Trailer<br>See Order to Sell Assets entered August 6, 2012. | 4,500.00 | 3,000.00 | | 3,000.00 | FA |
| 21 | Safe, Chairs, Desk & Bookshelf | 300.00 | 0.00 | | 0.00 | FA |
| 22 | Phones, Scale, Sonic Cleaner & Misc. Tools | 150.00 | 0.00 | | 0.00 | FA |
| 23 | Employment Practices Claim (u)<br>See Order to Compromise Controversy entered<br>October 15, 2012. | Unknown | 108,295.00 | | 72,197.14 | FA |
| 23 | **Assets Totals** (Excluding unknown values) | **$56,530.00** | **$126,540.00** | | **$90,442.14** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81954  
**Case Name:** BLOOM, GERALD S

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/16/12 (f)  
**§341(a) Meeting Date:** 06/21/12

**Period Ending:** 11/19/13

**Claims Bar Date:** 09/26/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 1, 2013          **Current Projected Date Of Final Report (TFR):**     July 1, 2013  (Actual)

Printed: 11/19/2013 07:18 AM     V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-81954 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BLOOM, GERALD S | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******30-66 - Checking Account |
| **Taxpayer ID #:** | **-***0346 | | **Blanket Bond:** | $736,000.00 (per case limit) |
| **Period Ending:** | 11/19/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/12 | | Gerald E. Bloom | Bankruptcy Estate's interest in Maxima, Freightliner Step Van, and Champion Boat with Motor and Trailer | | 18,245.00 | | 18,245.00 |
| | {14} | | Sale of 2004 Nissan Maxima            5,000.00 | 1129-000 | | | 18,245.00 |
| | {20} | | Sale of 1997 Champion boat with motor and trailer            3,000.00 | 1129-000 | | | 18,245.00 |
| | {16} | | Sale of 2006 Freightliner Step Van            10,245.00 | 1129-000 | | | 18,245.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.66 | 18,216.34 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.83 | 18,181.51 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.98 | 18,140.53 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.17 | 18,103.36 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 18,103.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,245.00 | 18,245.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,103.36 | |
| | | | **Subtotal** | | 18,245.00 | 141.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,245.00** | **$141.64** | |

{} Asset reference(s)

Printed: 11/19/2013 07:18 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-81954  
**Case Name:** BLOOM, GERALD S  
**Taxpayer ID #:** **-***0346  
**Period Ending:** 11/19/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****891566 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,103.36 | | 18,103.36 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.23 | 18,079.13 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.59 | 18,050.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.23 | 18,026.31 |
| 03/03/13 | {23} | FedEx Ground Package System | Settlement Funds | 1249-000 | 72,197.14 | | 90,223.45 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.13 | 90,115.32 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.25 | 89,977.07 |
| 05/24/13 | 10101 | United States Treasury | 2012 Form 1041; 38-7050346 | 2810-000 | | 8,999.00 | 80,978.07 |
| 05/24/13 | 10102 | Illinois Department of Revenue | 2012 IL-1041; 38-7050346 | 2820-000 | | 5,312.00 | 75,666.07 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.73 | 75,532.34 |
| 06/03/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-81954 | 2300-000 | | 105.88 | 75,426.46 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.60 | 75,322.86 |
| 08/21/13 | 10104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $5,564.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,564.50 | 69,758.36 |
| 08/21/13 | 10105 | McGladrey LLP | Dividend paid 100.00% on $1,650.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,650.00 | 68,108.36 |
| 08/21/13 | 10106 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $7,772.11, Trustee Compensation; Reference: | 2100-000 | | 7,772.11 | 60,336.25 |
| 08/21/13 | 10107 | Discover Bank | Dividend paid 47.46% on $16,865.00; Claim# 1; Filed: $16,865.00; Reference: | 7100-000 | | 8,005.21 | 52,331.04 |
| 08/21/13 | 10108 | Midland Funding LLC | Dividend paid 47.46% on $2,742.46; Claim# 2; Filed: $2,742.46; Reference: | 7100-000 | | 1,301.75 | 51,029.29 |
| 08/21/13 | 10109 | Capital One Bank (USA), N.A. | Dividend paid 47.46% on $8,148.45; Claim# 3; Filed: $8,148.45; Reference: | 7100-000 | | 3,867.77 | 47,161.52 |
| 08/21/13 | 10110 | FIA CARD SERVICES, N.A. | Dividend paid 47.46% on $10,939.67; Claim# 4; Filed: $10,939.67; Reference: | 7100-000 | | 5,192.66 | 41,968.86 |
| 08/21/13 | 10111 | FIA CARD SERVICES, N.A. | Dividend paid 47.46% on $13,001.35; Claim# 5; Filed: $13,001.35; Reference: | 7100-000 | | 6,171.26 | 35,797.60 |
| 08/21/13 | 10112 | Citibank, N.A. | Dividend paid 47.46% on $46,149.20; Claim# 6; Filed: $46,149.20; Reference: | 7100-000 | | 21,905.33 | 13,892.27 |
| 08/21/13 | 10113 | TTerralinx Investments LP | Dividend paid 47.46% on $7,267.64; Claim# 7; Filed: $7,267.64; Reference: | 7100-000 | | 3,449.68 | 10,442.59 |
| 08/21/13 | 10114 | Lori Lund | Dividend paid 47.46% on $22,000.00; Claim# 8; Filed: $22,000.00; Reference: | 7100-000 | | 10,442.59 | 0.00 |

Subtotals : $90,300.50   $90,300.50

{} Asset reference(s)

Printed: 11/19/2013 07:18 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-81954 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BLOOM, GERALD S | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****891566 - Checking Account |
| Taxpayer ID #: | **-***0346 | | Blanket Bond: | $736,000.00 (per case limit) |
| Period Ending: | 11/19/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 90,300.50 | 90,300.50 | $0.00 |
| | | | Less: Bank Transfers | | 18,103.36 | 0.00 | |
| | | | Subtotal | | 72,197.14 | 90,300.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $72,197.14 | $90,300.50 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******30-66 | 18,245.00 | 141.64 | 0.00 |
| Checking # ****891566 | 72,197.14 | 90,300.50 | 0.00 |
| | $90,442.14 | $90,442.14 | $0.00 |

{} Asset reference(s)                                                           Printed: 11/19/2013 07:18 AM     V.13.13